WADE v. CITY OF MT. VERNON.

(Supreme Court, Appellate Division, Second Department.   January 24, 1908.)

DAMAGES—GROUNDS—INTERVENING CAUSE.

In an action against a city for personal injuries sustained in falling on an icy sidewalk, plaintiff cannot recover damages caused by an improper treatment of her injuries by her physician.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 15, Damages, § 123.]

Appeal from Trial Term, Westchester County.

Action by Elizabeth Wade against the city of Mt. Vernon. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before JENKS, HOOKER, RICH, MILLER, and GAYNOR, JJ.

David Switts, for appellant.
Frank A. Bennett, for respondent.

GAYNOR, J. The plaintiff fell on a sidewalk of the defendant by reason, as the jury have found, of a dangerous accumulation of ice, and obtained a judgment. It has to be reversed on account of the persistence of the learned trial judge in charging that the plaintiff was entitled to recover damages for any pain, suffering, and injury caused

her by any mistake made by her doctor by the improper setting of her broken bone, and also for the additional expense caused thereby, provided she used reasonable care in selecting her doctor. The defendant is not liable for the injury and damages caused by the malpractice of the doctor. The plaintiff can only recover for that once, i. e., in an action against the doctor.

The judgment is reversed.

Judgment and order of the County Court of Westchester County reversed and new trial ordered; costs to abide the event. All concur.